IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FOAM HOLDINGS, INC. D/B/A ALLEGUARD, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:23-cv-01282 |
| v. | ) ) | JUDGE CAMPBELL |
| JACOB SCHNIBBE, | ) ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) ) | |

## ORDER

The Court will hold a hearing on January 17, 2024, at 4:00 p.m. at the Fred D. Thompson United States Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee, in Courtroom 6D. By noon on January 16, 2024, the parties shall file the following: (1) any affidavits, (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

Plaintiff shall serve Defendant with a copy of this Order as soon as possible.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE